# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **HEATHER CARNELL, ET AL.,** | **JUDGMENT IN A CIVIL CASE** |
|     Plaintiffs, | |
| vs. | |
| **HARDEMAN COUNTY GOVERNMENT,** | CASE NO: 20-2179-STA-cgc |
|     Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEY'S FEES AND COSTS ORDER OF DISMISSAL** entered on February 23, 2024, this cause is hereby DISMISSED.

                                                APPROVED:

s/ S. Thomas Anderson
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 2/26/2024**          Wendy R. Oliver
                             Clerk of Court

                                        s/Maurice B. BRYSON

                                        (By) Deputy Clerk